(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL, #42500**
   **NUTTALL & COLEMAN**
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant
   HARRY C. SWEET, JR.
6

FILED

2005 JUL 28 P 2: 31



7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    * * * * * * *

11 UNITED STATES OF AMERICA,        Case No.: CR-F-01-5415 AWI

12        Plaintiff,

13    vs.                           **ORDER EXTENDING DATE OF**
                                    **SURRENDER**
14 HARRY C. SWEET, JR.

15        Defendant.

16

17

18     The matter of the surrender of Defendant, HARRY C. SWEET,

19 JR., came on regularly before this court on July 25, 2005.

20 Defendant was present, as well as his attorney, ROGER T. NUTTALL.

21 Assistant U. S. Attorney, SHEILA OBERTO, was also present on

22 behalf of the Government.

23     Good cause appearing,

24     **IT IS ORDERED** that the surrender date of HARRY C. SWEET,

25 JR. shall be extended to August 15, 2005.  On that day, Defendant

26 shall either surrender himself to the designated facility by 2:00

27 p.m., or, he shall surrender himself to the United States

28

Marshall's Office in Fresno, California, by 2:00 p.m.

DATED: July 28, 2005.

_____
ANTHONY W. ISHII
Judge, U. S. District Court