IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HARRY C. SWEET,<br><br>　　　　Defendant. | No. CR-F-01-5415 AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X ) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

IT IS SO ORDERED.

**Dated:   March 10, 2006**　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1