

FILED

OCT 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRY C. SWEET and<br>AUGUST C. GHILARDUCCI<br><br>Defendant. | CASE NO. 1:01-CR-05415-AWI<br><br>**ORDER RE RESTITUTION** |

It has come to the Court's attention that one of the victims in this case, Gibbons Moore, is now deceased. The Court has reviewed Mr. Moore's Certificate of Death, correspondence from his surviving daughter Melinda Rivasplate, a Power of Attorney regarding the appointment of Ms. Rivasplate, and the original United States Treasury Check for Mr. Moore that was issued as restitution in this case. Good cause being shown that a new check should be issued to Ms. Rivasplate as a result of Mr. Moore's death:

//
//
//
//
//

Order Re Restitution

IT IS HEREBY ORDERED that the victim Gibbons Moore shall be changed for the purposes of restitution, and restitution payments will now be made payable to his surviving daughter, Melinda Rivosplata. The financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to reflect such change in their records for the above-entitled case.

Dated: _10-28-15_

_____
HON. ANTHONY W. ISHII
United States District Court Judge

Order Re Restitution